*Ronald G. Weller*, assistant state's attorney, in opposition.

Decided April 24, 1997

## STATE OF CONNECTICUT *v.* BOBBY JONES

The defendant's petition for certification for appeal from the Appellate Court, 44 Conn. App. 338 (AC 14430), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*J. Brendan Sharkey*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided April 24, 1997

## ANTHONY FERRIGNO, TRUSTEE *v.* CROMWELL DEVELOPMENT ASSOCIATES ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 44 Conn. App. 439 (AC 15678), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes § 37-9 (3) permits a deficiency judgment to be rendered on an otherwise usurious note that is secured by a bona fide real estate mortgage for a sum in excess of $5000?"

The Supreme Court docket number is SC 15673.

*Max Stuart Case*, in support of the petition.

*Kurt D. Koehler*, in opposition.

Decided April 24, 1997